UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **MARIO MARQUETTE MYERS,** also known as **MALEIK ALI BEY,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **SHELBY COUNTY MUNICIPALITY, ET AL.,** | CASE NO: 16-2835-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Complaint, Certifying An Appeal Would Not Be Taken In Good Faith, Notifying Plaintiff of Appellate Filing Fee, and Cautioning Plaintiff About Restrictions Under 28 U.S.C. § 1915(g) entered on April 24, 2018, this cause is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/24/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk